1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10  AMAZON.COM, INC., a Delaware            No.
    corporation; AMAZON.COM SERVICES LLC,
11  a Delaware limited liability company; and    **COMPLAINT FOR DAMAGES AND**
    WAHL CLIPPER CORPORATION, an Illinois    **EQUITABLE RELIEF**
12  corporation,

13              Plaintiffs,

14      v.

15  EVAN RILEY GREGORY, an individual;
    VENESSA LEA FINLAND, an individual;
16  ERG SALES LLC, a Hawaii limited liability
    company; and DOES 1-10,
17
                Defendants.
18

19                 **I.    INTRODUCTION**

20      1.    This case involves Defendants' unlawful and expressly prohibited sale of

21  counterfeit hair clipper grooming tools bearing the trademarks of Wahl Clipper Corporation

22  ("Wahl"). Amazon.com, Inc. and Amazon.com Services LLC (collectively, "Amazon") and

23  Wahl (together with Amazon, "Plaintiffs") jointly bring this lawsuit to permanently prevent and

24  enjoin Defendants from causing future harm to Amazon's and Wahl's customers, reputations,

25  and intellectual property ("IP"), and to hold Defendants accountable for their illegal actions.

26      2.    Amazon.com Services LLC owns and operates the Amazon.com store (the

27  "Amazon Store"), and Amazon's affiliates own and operate equivalent counterpart international

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax

stores and websites. Amazon's stores offer products and services to customers in more than 100 countries around the globe. Some of the products are sold directly by Amazon entities, while others are sold by Amazon's numerous third-party selling partners. The Amazon brand is one of the most well-recognized, valuable, and trusted brands in the world. To protect its customers and safeguard its reputation for trustworthiness, Amazon invests heavily in both time and resources to prevent counterfeit and infringing goods from being sold in its stores. In 2023 alone, Amazon invested over $1.2 billion and employed more than 15,000 people to protect its stores from counterfeits, fraud, and other forms of abuses.

3.    In 1919, Leo J. Wahl filed a patent application for an electromagnetic hair clipper, and he began manufacturing hair clipper products in Sterling, Illinois. Since then, Wahl Clipper Corporation has earned worldwide renown for its high-quality grooming products in a variety of areas, including consumer, professional, and animal products. Today, Wahl's grooming products are sold in more than 165 countries, and Wahl employs nearly 3,000 people globally. Wahl continues to be family-owned and family-operated, and its commitment to producing grooming products of the highest caliber has never wavered.

4.    Wahl owns, manages, enforces, licenses, and maintains IP, including various trademarks. Relevant to this Complaint, Wahl owns the following registered trademarks (the "Wahl Trademarks").

| **Mark** | **Registration No. (International Classes)** |
|---|---|
| **WAHL** | 527,562 (008) |
| WAHL | 1,139,810 (009) |
| ★★★ ★★ | 2,171,816 (009) |
| MAGIC CLIP | 2,209,494 (008) |
| DETAILER | 3,283,838 (008) |

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 2

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

| **Mark** | **Registration No. (International Classes)** |
|----------|-----------------------------------------------|
| SENIOR | 3,530,751 (008) |
| WAHL PROFESSIONAL | 5,664,317 (008) |
| WAHL | 6,734,433 (008) |
| VANISH | 7,076,348 (008) |

True and correct copies of the registration certificates for the Wahl Trademarks are attached as **Exhibit A**.

5.      On May 19, 2022, Defendants registered with Amazon to sell in the Amazon Store. Defendants advertised, marketed, offered, distributed, and sold counterfeit Wahl products in the Amazon Store, using the Wahl Trademarks, without authorization, in order to deceive customers about the authenticity and origin of the products and the products' affiliation with Wahl.

6.      As a result of their illegal actions, Defendants have infringed and misused Wahl's IP; breached their contracts with Amazon; willfully deceived and harmed Amazon, Wahl, and their customers; compromised the integrity of the Amazon Store; and undermined the trust that customers place in Amazon and Wahl. Defendants' illegal actions have caused Amazon and Wahl to expend significant resources to investigate and combat Defendants' wrongdoing and to bring this lawsuit to prevent Defendants from inflicting future harm to Amazon, Wahl, and their customers.

## II.      PARTIES

7.      Amazon.com, Inc. is a Delaware corporation with its principal place of business in Seattle, Washington. Amazon.com Services LLC is a Delaware limited liability company with its principal place of business in Seattle, Washington.

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax

8.      Wahl Clipper Corporation is an Illinois corporation with its principal place of business in Sterling, Illinois.

9.      Defendants are a collection of individuals and entities, both known and unknown, who conspired and operated in concert with each other to engage in the counterfeiting scheme alleged in this Complaint. Defendants are the individuals and entities who operated, controlled, and/or were responsible for the Casual Footwear selling account detailed in **Schedule 1**, attached hereto ("Defendants' Selling Account" or "Selling Account"). Defendants are subject to liability for their wrongful conduct both directly and under principles of secondary liability including, without limitation, respondeat superior, vicarious liability, and/or contributory infringement.

10.      On information and belief, Defendant Evan Riley Gregory ("Defendant Gregory"), is an individual residing in Honolulu, Hawaii, who personally participated in and/or had the right and ability to supervise, direct, and control the wrongful conduct alleged in this Complaint and derived a direct financial benefit from that wrongful conduct.

11.      On information and belief, Defendant Venessa Lea Finland ("Defendant Finland"), is an individual residing in Honolulu, Hawaii, who personally participated in and/or had the right and ability to supervise, direct, and control the wrongful conduct alleged in this Complaint and derived a direct financial benefit from that wrongful conduct.

12.      On information and belief, Defendant ERG Sales LLC is a Hawaii limited liability company with its principal place of business at 7057 Kamilo Street, Honolulu, Hawaii 96825-1611 that personally participated in and/or had the right and ability to supervise, direct, and control the wrongful conduct alleged in this Complaint and derived a direct financial benefit from that wrongful conduct.

13.      On information and belief, Defendants Does 1-10 (the "Doe Defendants") are individuals and/or entities working in active concert with each other and the named Defendants to knowingly and willfully manufacture, import, advertise, market, offer, distribute, and sell counterfeit Wahl products. The identities of the Doe Defendants are presently unknown to Plaintiffs.

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 4

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax

### III.    JURISDICTION AND VENUE

14.    The Court has subject matter jurisdiction over Wahl's Lanham Act claim for trademark counterfeiting and trademark infringement, and Amazon's and Wahl's Lanham Act claims for false designation of origin, pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331 and 1338(a). The Court has subject matter jurisdiction over Amazon's breach of contract claim and Amazon's and Wahl's claims for violation of the Washington Consumer Protection Act, pursuant to 28 U.S.C. §§ 1332 and 1367.

15.    The Court has personal jurisdiction over Defendants because they transacted business and committed tortious acts within and directed to the State of Washington, and Amazon's and Wahl's claims arise from those activities. Defendants affirmatively undertook to do business with Amazon, a corporation with its principal place of business in Washington, and sold in the Amazon Store products bearing counterfeit versions of the Wahl Trademarks and which otherwise infringed Wahl's IP. Additionally, Defendants shipped products bearing counterfeit versions of the Wahl Trademarks to consumers in Washington. Each Defendant committed, or facilitated the commission of, tortious acts in Washington and has wrongfully caused Amazon and Wahl substantial injury in Washington.

16.    Further, named Defendants have consented to the jurisdiction of this Court by agreeing to the Amazon Services Business Solutions Agreement ("BSA"), which provides that the "Governing Courts" for claims to enjoin infringement or misuse of IP rights and claims related to the sale of counterfeit products in the Amazon Store are the state or federal courts located in King County, Washington.

17.    Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b) because a substantial part of the events giving rise to the claims occurred in the Western District of Washington. Venue is also proper in this Court because Defendants consented to it under the BSA.

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax

18.    Pursuant to Local Civil Rule 3(e), intra-district assignment to the Seattle Division is proper because the claims arose in this Division, where (a) Amazon resides, (b) injuries giving rise to suit occurred, and (c) Defendants directed their unlawful conduct.

## IV.    FACTS

### A.    Amazon's Efforts to Prevent the Sale of Counterfeit Goods.

19.    Amazon works hard to build and protect the reputation of its stores as places where customers can conveniently select from a wide array of authentic goods and services at competitive prices. Amazon invests vast resources to ensure that when customers make purchases in Amazon's stores—either directly from Amazon entities or from one of its millions of third-party sellers—customers receive authentic products made by the true manufacturer of those products.

20.    A small number of bad actors seek to take advantage of the trust customers place in Amazon by attempting to create Amazon selling accounts to advertise, market, offer, distribute, and sell counterfeit products. These bad actors seek to misuse and infringe the trademarks and other IP of the true manufacturers of those products to deceive Amazon and its customers. This unlawful and expressly prohibited conduct undermines the trust that customers, sellers, and manufacturers place in Amazon, and tarnishes Amazon's brand and reputation, thereby causing irreparable harm to Amazon.

21.    Amazon prohibits the sale of inauthentic and fraudulent products and is constantly innovating on behalf of its customers and working with brands, manufacturers, rights owners, and others to improve the detection and prevention of counterfeit products from ever being offered to customers in Amazon's stores. Amazon employs dedicated teams of software engineers, research scientists, program managers, and investigators to prevent counterfeits from being offered in Amazon's stores. Amazon's systems automatically and continuously scan thousands of data points to prevent, detect, and remove counterfeits from its stores and to terminate the selling accounts of bad actors before they can offer counterfeit products. When Amazon identifies issues based on this feedback, it takes action to address them. Amazon also

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax

uses this intelligence to improve its proactive prevention controls. In 2023, Amazon's proactive controls blocked more than 99% of suspected infringing listings before a brand ever had to find and report them.

22.    In 2017, Amazon launched Brand Registry, a free service that offers rights owners an enhanced suite of tools for monitoring and reporting potential instances of infringement, regardless of their relationship with Amazon. Brand Registry delivers automated brand protections that use machine learning to predict infringement and proactively protect brands' IP. Brand Registry also provides a powerful Report a Violation Tool that allows brands to search for, identify, and report potentially infringing products using state-of-the-art image search technology.

23.    In 2018, Amazon launched Transparency, a product serialization service that effectively eliminates counterfeits for enrolled products. Brands enrolled in Transparency can apply a unique 2D code to every unit they manufacture, which allows Amazon, other retailers, law enforcement, and customers to determine the authenticity of any Transparency-enabled product, regardless of where the product was purchased. More than 1.6 billion product units, whether sold in Amazon's stores or elsewhere in the retail supply chain, have been enrolled in Transparency, and have been authenticated as genuine through code scan verification.

24.    In 2019, Amazon launched Project Zero, a program to empower brands to help Amazon drive counterfeits to zero. Project Zero introduced a novel self-service counterfeit removal tool that enables brands to remove counterfeit listings directly from Amazon's stores. This enables brands to take down counterfeit product offerings on their own within minutes. Since launch, more than 25,000 brands have enrolled in Project Zero.

25.    Amazon continues to innovate to stay ahead of bad actors, and requires new and existing selling partners to verify their identity and documentation. Amazon investigators review the seller-provided identity documents to determine whether those documents are both valid and legitimate, such as confirming that the seller has provided a fully legible copy of the document, verifying that the document matches the information the seller provided to Amazon with respect

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax

to their identity, and analyzing whether the document shows any signs of alteration, tampering, or fabrication. These measures have made it more difficult for bad actors to hide. Amazon's seller verification, coupled with continued advancements in Amazon's machine learning-based detection, are deterring bad actors from even attempting to create new Amazon selling accounts. In 2023, Amazon stopped more than 700,000 bad actor attempts to create new selling accounts, stopping them before they were able to list a single product for sale in Amazon's stores. This is down from six million attempts by bad actors to create new Amazon selling accounts in 2020.

26. Once a seller begins selling in Amazon's stores, Amazon continues to monitor the selling account's activities for risks. If Amazon identifies a bad actor, it closes that actor's selling account, withholds funds disbursement, and investigates whether other accounts are involved in unlawful activities. In 2023, Amazon identified, seized, and appropriately disposed of more than seven million counterfeit products worldwide, preventing them from harming customers or being resold.

27. In addition to the measures discussed above, Amazon actively cooperates with rights owners and law enforcement to identify and prosecute bad actors suspected of engaging in illegal activity. Lawsuits, like this one, as well as criminal referrals, are integral components of Amazon's efforts to combat counterfeits and other inauthentic products.

**B.    Wahl and Its Anti-Counterfeiting Efforts.**

28. Wahl goes to great lengths to protect consumers from counterfeits of its products, and is committed to leading efforts to combat counterfeit products. Wahl utilizes both internal and external resources to combat counterfeit and infringing products and works with a third-party brand protection service vendor on the detection and removal of product listings violating Wahl's IP rights.

29. Wahl is currently enrolled in Brand Registry and is also a participant in the Transparency program. Wahl began actively using the tools and protections provided by these programs in response to the counterfeiting activity including that described in this Complaint.

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 8

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

**C.    Defendants Created an Amazon Selling Account, Agreed Not to Sell Counterfeit Goods, and Agreed to Provide Accurate Information to Amazon.**

30.    Between May 19, 2022, and August 13, 2024, Defendants established, controlled, and operated the Casual Footwear Selling Account detailed in Schedule 1, through which they sought to advertise, market, offer, distribute, and sell counterfeit Wahl products. In connection with this Selling Account, Defendants provided Amazon with names, email addresses, phone numbers, a tax identification number, bank information, and either government-issued identification for an individual acting on behalf of the Selling Account or a copy of a government-issued record or tax document for the entity operating the Selling Account.

31.    To become a third-party seller in the Amazon Store, sellers are required to agree to the BSA, which governs the applicant's access to and use of Amazon's services and states Amazon's rules for selling in the Amazon Store. By entering into the BSA, each seller represents and warrants that it "will comply with all applicable Laws in [the] performance of its obligations and exercise of its rights" under the BSA. A true and correct copy of the applicable version of the BSA, namely, the version Defendants last agreed to when using Amazon's services, is attached as **Exhibit B**.

32.    Under the terms of the BSA, Amazon specifically identifies the sale of counterfeit goods as "deceptive, fraudulent, or illegal activity" in violation of Amazon's policies, reserving the right to withhold payments and terminate the selling account of any bad actor who engages in such conduct. Ex. B, ¶¶ 2-3. The BSA requires the seller to defend, indemnify, and hold Amazon harmless against any claims or losses arising from the seller's "actual or alleged infringement of any Intellectual Property Rights." *Id.* ¶ 6.1.

33.    Additionally, the BSA incorporates, and sellers therefore agree to be bound by, Amazon's Anti-Counterfeiting Policy, the applicable version of which is attached as **Exhibit C**. The Anti-Counterfeiting Policy expressly prohibits the sale of counterfeit goods in the Amazon Store:

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

- The sale of counterfeit products is strictly prohibited.

- You may not sell any products that are not legal for sale, such as products that have been illegally replicated, reproduced, or manufactured[.]

- You must provide records about the authenticity of your products if Amazon requests that documentation[.]

Failure to abide by this policy may result in loss of selling privileges, funds being withheld, destruction of inventory in our fulfillment centers, and other legal consequences.

*Id.*

34.    Amazon's Anti-Counterfeiting Policy further describes Amazon's commitment to preventing the sale and distribution of counterfeit goods in the Amazon Store together with the consequences of selling inauthentic products:

- Sell Only Authentic and Legal Products. It is your responsibility to source, sell, and fulfill only authentic products that are legal for sale. Examples of prohibited products include:

  o  Bootlegs, fakes, or pirated copies of products or content

  o  Products that have been illegally replicated, reproduced, or manufactured

  o  Products that infringe another party's intellectual property rights

- Maintain and Provide Inventory Records. Amazon may request that you provide documentation (such as invoices) showing the authenticity of your products or your authorization to list them for sale. You may remove pricing information from these documents, but providing documents that have been edited in any other way or that are misleading is a violation of this policy and will lead to enforcement against your account.

- Consequences of Selling Inauthentic Products. If you sell inauthentic products, we may immediately suspend or terminate your Amazon selling account (and any related accounts), destroy any inauthentic products in our fulfillment centers at your expense, and/or withhold payments to you.

- Amazon Takes Action to Protect Customers and Rights Owners. Amazon also works with manufacturers, rights holders, content owners, vendors, and sellers to improve the ways we detect and prevent inauthentic products from reaching our customers. As a result of our detection and enforcement activities, Amazon may:

  o  Remove suspect listings.

  o  Take legal action against parties who knowingly violate this policy and harm our customers. In addition to criminal fines and imprisonment, sellers and suppliers of inauthentic products may face civil penalties

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 10

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax

including the loss of any amounts received from the sale of inauthentic products, the damage or harm sustained by the rights holders, statutory, and other damages, and attorney's fees.

- Reporting Inauthentic Products. We stand behind the products sold on our site with our A-to-z Guarantee, and we encourage rights owners who have product authenticity concerns to notify us. We will promptly investigate and take all appropriate actions to protect customers, sellers, and rights holders. You may view counterfeit complaints on the Account Health page in Seller Central.

*Id.*

35.    Additionally, under the terms of the BSA, sellers agree that the information and documentation they provide to Amazon in connection with their selling accounts—such as identification, contact, and banking information—will, at all times, be valid, truthful, accurate, and complete. Specifically, the BSA requires that:

- As part of the application process, you must provide us with your (or your business') legal name, address, phone number and e-mail address, as well as any other information we may request. Ex. B. ¶ 1.

- You will use only a name you are authorized to use in connection with a[ny Amazon] Service and will update all of the information you provide to us in connection with the Services as necessary to ensure that it at all times remains accurate, complete, and valid. *Id.* ¶ 2.

- Each party represents and warrants that: (a) if it is a business, it is duly organized, validly existing and in good standing under the Laws of the country in which the business is registered and that you are registering for the Service(s) within such country; (b) it has all requisite right, power, and authority to enter this Agreement, perform its obligations, and grant the rights, licenses, and authorizations in this Agreement; (c) any information provided or made available by one party to another party or its Affiliates is at all times accurate and complete[.] *Id.* ¶ 5.

36.    When Defendants registered as third-party sellers in the Amazon Store, and established their Selling Account, they agreed not to advertise, market, offer, distribute, or sell counterfeit products, and agreed to provide Amazon with accurate and complete information and to ensure that information remained as such.

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

**D.    Defendants' Sale of Counterfeit Wahl Products and Provision of False Information to Amazon.**

37.    On information and belief, Defendants advertised, marketed, offered, distributed, and sold counterfeit Wahl-branded products in the Amazon Store. The counterfeit Wahl-branded products sold by Defendants are identified and described in Schedule 1.

38.    Wahl has reviewed multiple physical samples of Wahl-branded products sold by Defendants' Selling Account and determined that the products are counterfeit, that each bears multiple counterfeit Wahl Trademarks, and that Wahl has never authorized the sale of such products, as detailed in Schedule 1.

39.    In addition, as further detailed in Schedule 1, Defendants submitted three invoices to Amazon which purported to show that their counterfeit products came from Wahl. Defendants also submitted a falsified "letter of authorization" to Amazon that purportedly came from Wahl, and which stated that Wahl granted permission for Defendant ERG Sales LLC to sell Wahl products in the Amazon Store. Wahl and Amazon subsequently determined that both the invoices and letter of authorization were false.

**E.    Defendants' Coordinated Sale of Counterfeit Wahl Products.**

40.    On information and belief, Defendants operated in concert with one another in their advertising, marketing, offering, distributing, and selling of inauthentic Wahl-branded products. Defendants' names were all used in connection with the Selling Account, and Defendants are all associated through a common physical address.

**F.    Amazon Shut down Defendants' Selling Account.**

41.    By selling counterfeit and infringing Wahl products, Defendants falsely represented to Amazon and its customers that the products Defendants sold were genuine products made by Wahl. Defendants also knowingly and willfully used Wahl's IP in connection with the advertising, marketing, offering, distributing, and selling of counterfeit and infringing Wahl products.

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 12

42.     At all times, Defendants knew they were prohibited from violating third-party IP rights or any applicable laws while selling products in the Amazon Store, from providing inaccurate information to Amazon and its customers, from misrepresenting the authenticity of the products sold, and from misleading Amazon and its customers through their sale of inauthentic Wahl products. Defendants have breached the terms of their agreements with Amazon, deceived Amazon's customers and Amazon, infringed and misused the IP rights of Wahl, harmed the integrity of and customer trust in the Amazon Store, and tarnished Amazon's and Wahl's brands.

43.     After Amazon verified Defendants' sale of counterfeit Wahl products, it blocked Defendants' Selling Account. In doing so, Amazon exercised its rights under the BSA to protect its customers and the reputations of Amazon and Wahl.

44.     Pursuant to Amazon's A-to-z guarantee, Amazon also proactively issued full refunds to customers who purchased purported Wahl products from Defendants. Defendants have not reimbursed Amazon.

## V.     CLAIMS

### FIRST CLAIM
*(by Wahl against all Defendants)*
### Trademark Counterfeiting and Trademark Infringement – 15 U.S.C. § 1114

45.     Plaintiff Wahl incorporates by reference the allegations of the preceding paragraphs as though set forth herein.

46.     Defendants' activities constitute counterfeiting and infringement of the Wahl Trademarks as described in the paragraphs above.

47.     Wahl owns the Wahl Trademarks and advertises, markets, offers, distributes, and sells its products using the Wahl Trademarks described above and uses those trademarks to distinguish its products from the products and related items of others in the same or related fields.

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax

48.     Because of Wahl's long, continuous, and exclusive use of the Wahl Trademarks identified in this Complaint, the trademarks have come to mean, and are understood by customers and the public to signify, products from Wahl.

49.     Defendants unlawfully advertised, marketed, offered, distributed, and sold products bearing counterfeit and infringing versions of the Wahl Trademarks with the intent and likelihood of causing customer confusion, mistake, and deception as to the products' source, origin, and authenticity. Specifically, Defendants intended customers to believe, incorrectly, that the products originated from, were affiliated with, and/or were authorized by Wahl and likely caused such erroneous customer beliefs.

50.     As a result of Defendants' wrongful conduct, Wahl is entitled to recover its actual damages, Defendants' profits attributable to the infringement, treble damages, and attorneys' fees pursuant to 15 U.S.C. § 1117(a) and (b). Alternatively, Wahl is entitled to statutory damages under 15 U.S.C. § 1117(c) for Defendants' use of counterfeit marks.

51.     Wahl is further entitled to injunctive relief, including an order impounding all counterfeit and infringing products and promotional materials in Defendants' possession. Wahl has no adequate remedy at law for Defendants' wrongful conduct because, among other things: (a) the Wahl Trademarks are unique and valuable properties that have no readily-determinable market value; (b) Defendants' counterfeiting and infringing activities constitute harm to Wahl and Wahl's reputation and goodwill such that Wahl could not be made whole by any monetary award; (c) if Defendants' wrongful conduct is allowed to continue, the public is likely to become further confused, mistaken, or deceived as to the source, origin, or authenticity of the counterfeit and infringing materials; and (d) the resulting harm to Wahl, due to Defendants' wrongful conduct is likely to be continuing.

**SECOND CLAIM**
*(by Wahl and Amazon against all Defendants)*
**False Designation of Origin – 15 U.S.C. § 1125(a)**

52.     Plaintiffs incorporate by reference the allegations of the preceding paragraphs as though set forth herein.

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 14

53.     Wahl owns the Wahl Trademarks and advertises, markets, offers, distributes, and sells its products using those trademarks described above and uses the trademarks to distinguish its products from the products and related items of others in the same or related fields.

54.     Because of Wahl's long, continuous, and exclusive use of the Wahl Trademarks identified in this Complaint, the trademarks have come to mean, and are understood by customers, users, and the public, to signify products from Wahl.

55.     Amazon's reputation for trustworthiness is at the heart of its relationship with customers. Defendants' actions in selling counterfeits pose a threat to Amazon's reputation because they undermine and jeopardize customer trust in the Amazon Store.

56.     Defendants' unlawfully advertised, marketed, offered, distributed, and sold products bearing counterfeit versions of the Wahl Trademarks with the intent and likelihood of causing customer confusion, mistake, and deception as to the products' source, origin, and authenticity.

57.     Upon information and belief, Defendants' wrongful conduct misleads and confuses customers and the public as to the origin and authenticity of the goods and services advertised, marketed, offered, distributed, or sold in connection with the Wahl Trademarks and wrongfully trades upon Wahl's goodwill and business reputation.

58.     Further, Defendants deceived Amazon and its customers about the authenticity of the products they were advertising, marketing, offering, distributing, and selling, in direct and willful violation of the BSA and Amazon's Anti-Counterfeiting Policies. Defendants' deceptive acts were material to Amazon's decision to allow Defendants to sell their products in the Amazon Store because Amazon would not have allowed Defendants to do so but for their deceptive acts.

59.     Defendants' misconduct has also caused Amazon to expend significant resources to investigate and combat Defendants' wrongdoing and to bring this lawsuit to prevent Defendants from causing further harm to Amazon and its customers. Defendants' illegal acts have caused irreparable injury to Amazon and, on information and belief, that injury is ongoing

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

at least to the extent that Defendants continue to establish selling accounts under different or false identities. An award of monetary damages alone cannot fully compensate Amazon for its injuries, and thus Amazon lacks an adequate remedy at law.

60.     Defendants' conduct constitutes (a) false designation of origin, (b) false or misleading description, and (c) false or misleading representation that products originate from or are authorized by Wahl, all in violation of 15 U.S.C. § 1125(a)(1)(A).

61.     Plaintiffs are entitled to an injunction against Defendants, their officers, agents, servants, employees, and attorneys, and all other persons in active concert or participation with them, as set forth in the Prayer for Relief below, along with attorneys' fees and costs in investigating and bringing this lawsuit. Defendants' acts have caused irreparable injury to Plaintiffs. On information and belief, that injury is continuing. An award of monetary damages cannot fully compensate Plaintiffs for their injuries, and Plaintiffs lack an adequate remedy at law.

62.     Wahl is further entitled to recover Defendants' profits, Wahl's damages for its losses, and Wahl's costs to investigate and remediate Defendants' conduct and bring this action, in an amount to be determined. Wahl is also entitled to the trebling of any damages award as allowed by law. Likewise, Amazon is also entitled to recover its damages arising from Defendants' sale of counterfeit products in the Amazon Store.

### THIRD CLAIM
*(by Wahl and Amazon against all Defendants)*
**Violation of Washington Consumer Protection Act, RCW 19.86.010, *et seq.***

63.     Plaintiffs incorporate by reference the allegations of the preceding paragraphs as though set forth herein.

64.     Defendants' advertising, marketing, offering, distributing, and selling of counterfeit Wahl products constitute unfair and deceptive acts or practices in the conduct of trade or commerce, in violation of RCW 19.86.020.

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax

65.     Defendants' advertising, marketing, offering, distributing, and selling of counterfeit Wahl products harm the public interest by deceiving customers about the authenticity, origins, and sponsorship of the products.

66.     Defendants' advertising, marketing, offering, distributing, and selling of counterfeit Wahl products directly and proximately causes harm to and tarnishes Plaintiffs' reputations and brands, and damages their business and property interests and rights.

67.     Accordingly, Plaintiffs seek to enjoin further violations of RCW 19.86.020 and recover from Defendants their attorneys' fees and costs. Wahl further seeks to recover from Defendants its actual damages, trebled, and Amazon further seeks to recover from Defendants its actual damages, trebled, regarding Defendants' activities involving the sale of counterfeit products.

**FOURTH CLAIM**
*(by Amazon.com Services LLC[1] against all Defendants)*
**Breach of Contract**

68.     Plaintiff Amazon incorporates by reference the allegations of the preceding paragraphs as though set forth herein.

69.     Defendants established an Amazon selling account and entered into Amazon's BSA, a binding and enforceable contract between Defendants and Amazon. Defendants also contractually agreed to be bound by the policies incorporated by reference into the BSA, including Amazon's Anti-Counterfeiting Policy and other policies as maintained on the Amazon seller website.

70.     Amazon performed all obligations required of it under the terms of the contract with Defendants or was excused from doing so.

71.     Defendants' sale and distribution of counterfeit Wahl products materially breached the BSA and the Anti-Counterfeiting Policy in numerous ways. Among other things, Defendants' conduct constitutes infringement and misuse of the IP rights of Wahl.

---

[1] For the Fourth Claim only, "Amazon" shall refer to Amazon.com Services LLC only.

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 17

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax

72.     In furtherance of their sale and distribution of counterfeit Wahl products, Defendants further breached the BSA and its incorporated policies by submitting falsified documents to Amazon in order to obtain approval to sell the products in the Amazon Store, and submitted falsified documents to Amazon again after their Selling Account was suspended in an effort to have their Account reinstated.

73.     Defendants' breaches have caused significant harm to Amazon, and Amazon is entitled to damages in an amount to be determined.

## VI.    PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully pray for the following relief:

A.     That the Court enter an order permanently enjoining Defendants, their officers, agents, servants, employees, and attorneys, and all others in active concert or participation with them, from:

    (i)     selling counterfeit or infringing products in Amazon's stores;

    (ii)    selling counterfeit or infringing products to Amazon or any Amazon affiliate;

    (iii)   importing, manufacturing, producing, distributing, circulating, offering to sell, selling, promoting, or displaying any product or service using any simulation, reproduction, counterfeit, copy, or colorable imitation of Wahl's brand or trademarks, or which otherwise infringes Wahl's IP, in any store or in any medium; and

    (iv)    assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraphs (i) through (iii) above;

B.     That the Court enter judgment in Plaintiffs' favor on all claims brought by them;

C.     That the Court enter an order pursuant to 15 U.S.C. § 1118 impounding and permitting destruction of all counterfeit and infringing products bearing the Wahl Trademarks or that otherwise infringe Wahl's IP, and any related materials, including business records and

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

materials used to reproduce any infringing products, in Defendants' possession or under their control;

D.      That the Court enter an order requiring Defendants to provide Plaintiffs a full and complete accounting of all amounts due and owing to Plaintiffs as a result of Defendants' unlawful activities;

E.      That the Court enter an order requiring Defendants to pay all general, special, and actual damages which Wahl has sustained, or will sustain as a consequence of Defendants' unlawful acts, plus Defendants' profits from the unlawful conduct described herein, together with its statutory damages, and that such damages be enhanced, doubled, or trebled as provided for by 15 U.S.C. § 1117, RCW 19.86.020, or otherwise allowed by law, and that Amazon's damages, plus Defendants' profits, related to Defendants' activities involving the sale of counterfeit products be enhanced, doubled, or trebled as provided for by 15 U.S.C. § 1117, RCW 19.86.020, or otherwise allowed by law;

F.      That the Court enter an order requiring Defendants to pay the maximum amount of prejudgment interest authorized by law;

G.      That the Court enter an order requiring Defendants to pay the costs of this action and Plaintiffs' reasonable attorneys' fees incurred in prosecuting this action, as provided for by 15 U.S.C. § 1117, RCW 19.86.020, or otherwise allowed by law;

H.      That the Court enter an order requiring that identified financial institutions restrain and transfer to Plaintiffs all amounts arising from Defendants' unlawful counterfeiting activities as set forth in this lawsuit, up to a total amount necessary to satisfy monetary judgment in this case; and

I.      That the Court grant Plaintiffs such other, further, and additional relief as the Court deems just and equitable.

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax

1    DATED this 16th day of September, 2024.

2

3                                    DAVIS WRIGHT TREMAINE LLP
                                     *Attorneys for Plaintiffs*
4

5                                    *s/ Scott Commerson*
                                     Scott Commerson, WSBA #58085
6                                    865 South Figueroa Street, Suite 2400
                                     Los Angeles, CA 90017-2566
7                                    Tel: (213) 633-6800
                                     Fax: (213) 633-6899
8                                    Email: scottcommerson@dwt.com

9                                    *s/ Lauren Rainwater*
                                     Lauren Rainwater, WSBA #43625
10                                   920 Fifth Avenue, Suite 3300
                                     Seattle, WA 98104-1604
11                                   Tel: (206) 622-3150
                                     Fax: (206) 757-7700
12                                   Email: laurenrainwater@dwt.com

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 20

**SCHEDULE 1**

**SELLING ACCOUNT:**

Selling Account Name: Casual Footwear
Dates of Known Sales of Infringing Products: October 27, 2023 – August 13, 2024

| Purported Product | Confirmation of Counterfeit |
|---|---|
| Wahl 5 Star Cordless Magic Clip, Professional Hair Clippers, Pro Haircutting Kit, Clippers for Blunt Cuts, Adjustable Taper Lever, Crunch Blade, Cordless, Lightweight, Barbers Supplies<br><br>ASIN[1]: B01FS6H5TO<br><br>Infringed Registrations:<br>U.S. Reg. No. 527,562<br>U.S. Reg. No. 1,139,810<br>U.S. Reg. No. 2,171,816<br>U.S. Reg. No. 2,209,494<br>U.S. Reg. No. 5,664,317<br>U.S. Reg. No. 6,734,433 | • On or about June 11, 2024, and July 30, 2024, Amazon sent to Wahl samples of the product sold by the bad actors.<br><br>• Wahl received and inspected the sample products and confirmed that they are counterfeit based on deviations from Wahl's authentic product and packaging.<br><br>• Wahl inspected three invoices and one letter of authorization provided in connection with this Selling Account. Wahl confirmed the invoices and letter of authorization were fabricated based on deviations from authentic documents. |
| Wahl Professional 5 Star Cordless Senior Clipper with 70 Minute Run Time for Professional Barbers and Stylists<br><br>ASIN: B083PWNJYG<br><br>Infringed Registrations:<br>U.S. Reg. No. 527,562<br>U.S. Reg. No. 1,139,810<br>U.S. Reg. No. 2,171,816<br>U.S. Reg. No. 3,530,751<br>U.S. Reg. No. 5,664,317<br>U.S. Reg. No. 6,734,433 | • On or about June 11, 2024, and July 30, 2024, Amazon sent to Wahl samples of the product sold by the bad actor.<br><br>• Wahl received and inspected the sample products and confirmed that they are counterfeit based on deviations from Wahl's authentic product and packaging. |

---

[1] "ASIN" is an abbreviation of "Amazon Standard Identification Number," which is a unique series of ten alphanumeric characters that is assigned to each product listed for sale in Amazon's stores for identification purposes.

| Purported Product | Confirmation of Counterfeit |
|---|---|
| Wahl Professional 5 Star Gold Cordless Magic Clip Hair Clipper with 100+ Minute Run Time for Professional Barbers and Stylists - Model 8148-700<br><br>ASIN: B0B7ZN8BYP<br><br>Infringed Registrations:<br>U.S. Reg. No. 527,562<br>U.S. Reg. No. 1,139,810<br>U.S. Reg. No. 2,171,816<br>U.S. Reg. No. 2,209,494<br>U.S. Reg. No. 5,664,317<br>U.S. Reg. No. 6,734,433 | • On or about May 23, 2024, and August 1, 2024, Amazon sent to Wahl samples of the product sold by the bad actor.<br><br>• Wahl received and inspected the sample products and confirmed that they are counterfeit based on deviations from Wahl's authentic product and packaging. |
| Wahl Professional 5 Star Gold Cordless Detailer Li Trimmer for Professional Barbers and Stylists<br><br>ASIN: B0BFG2NWZ1<br><br>Infringed Registrations:<br>U.S. Reg. No. 527,562<br>U.S. Reg. No. 1,139,810<br>U.S. Reg. No. 2,171,816<br>U.S. Reg. No. 3,283,838<br>U.S. Reg. No. 5,664,317<br>U.S. Reg. No. 6,734,433 | • On or about June 18, 2024, and July 30, 2024, Amazon sent to Wahl samples of the product sold by the bad actor.<br><br>• Wahl received and inspected the sample products and confirmed that they are counterfeit based on deviations from Wahl's authentic product and packaging. |
| Wahl Professional \| 5 Star Vanish Shaver For Professional Barbers and Stylists - 8173-700<br><br>ASIN: B0BL1BBDX8<br><br>Infringed Registrations:<br>U.S. Reg. No. 527,562<br>U.S. Reg. No. 1,139,810<br>U.S. Reg. No. 2,171,816<br>U.S. Reg. No. 5,664,317<br>U.S. Reg. No. 6,734,433<br>U.S. Reg. No. 7,076,348 | • On or about May 23, 2024, June 11, 2024, and July 30, 2024, Amazon sent to Wahl samples of the product sold by the bad actor.<br><br>• Wahl received and inspected the sample products and confirmed that they are counterfeit based on deviations from Wahl's authentic product and packaging. |