1

The Honorable Ricardo S. Martinez

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9

10   AMAZON.COM, INC., a Delaware
corporation; AMAZON.COM SERVICES LLC,
11   a Delaware limited liability company; and
WAHL CLIPPER CORPORATION, an Illinois
12   corporation,

13                        Plaintiffs,

14          v.

15   EVAN RILEY GREGORY, an individual;
VENESSA LEA FINLAND, an individual;
16   ERG SALES LLC, a Hawaii limited liability
company; MOHAMMAD M. MIZYED, an
17   individual; CHICAGO 3 M, INC., an Illinois
company; and DOES 1-10,
18
                        Defendants.
19

No. 2:24-cv-01472-RSM

**STIPULATION TO FURTHER
EXTEND TIME TO ANSWER,
MOTION TO EXTEND INITIAL
DEADLINES, AND ORDER**

20          The undersigned parties have met and conferred and have agreed to further extend the

21   deadline for Defendants Mohammad M. Mizyed and Chicago 3 M, Inc. to answer the Amended

22   Complaint to March 12, 2025. In addition, the parties jointly request that the Court also extend

23   the initial case deadlines set forth in the Court's October 8, 2024 Scheduling Order (Dkt. 7) to

24   the following:

25          Deadline for FRCP 26(f) Conference:                    4/1/2025

26          Initial Disclosures Pursuant to FRCP 26(a)(1):         4/8/2025

27

STIPULATION TO EXTEND TIME TO ANSWER, MOTION TO EXTEND
INITIAL DEADLINES, AND ORDER - 1
(2:24-cv-01472-RSM)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

1    Combined Joint Status Report and Discovery Plan
     as Required by FRCP 26(f) and Local Civil Rule 26(f):    4/15/2025
2

3    The extensions are requested to facilitate the sharing of information and potential early

4    resolution.

5

6    DATED this 13th day of February, 2025.

7                                          DAVIS WRIGHT TREMAINE LLP
                                           *Attorneys for Plaintiffs*
8

9                                          *s/ Scott Commerson*
                                           Scott Commerson, WSBA #58085
10                                         350 South Grand Avenue, 27th Floor
                                           Los Angeles, CA 90071-3460
11                                         Tel: (213) 633-6800
                                           Fax: (213) 633-6899
12                                         Email: scottcommerson@dwt.com

13                                         *s/ Lauren Rainwater*
                                           Lauren Rainwater, WSBA #43625
14                                         920 Fifth Avenue, Suite 3300
                                           Seattle, WA 98104-1604
15                                         Tel: (206) 622-3150
                                           Fax: (206) 757-7700
16                                         Email: laurenrainwater@dwt.com

17

18                                         *For Defendants Mohammad M. Mizyed and*
                                           *Chicago 3 M, Inc.*
19

20                                         *s/ Mohammad M. Mizyed*

21

22

23

24

25

26

27

STIPULATION TO EXTEND TIME TO ANSWER, MOTION TO EXTEND
INITIAL DEADLINES, AND ORDER - 2
(2:24-cv-01472-RSM)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

**ORDER**

Having reviewed the parties' stipulation and finding GOOD CAUSE for the requested extension of time, the Court HEREBY ORDERS that Defendants Mohammad M. Mizyed and Chicago 3 M, Inc. shall answer the Amended Complaint no later than March 12, 2025, and sets the dates for initial disclosure and submission of the Joint Status Report and Discovery Plan as follows:

| | |
|---|---|
| Deadline for FRCP 26(f) Conference: | 4/1/2025 |
| Initial Disclosures Pursuant to FRCP 26(a)(1): | 4/8/2025 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): | 4/15/2025 |

SO ORDERED.

DATED this 18th day of February, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

s/ Scott Commerson
Scott Commerson, WSBA #58085
350 South Grand Avenue, 27th Floor
Los Angeles, CA 90071-3460
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: scottcommerson@dwt.com

s/ Lauren Rainwater

STIPULATION TO EXTEND TIME TO ANSWER, MOTION TO EXTEND
INITIAL DEADLINES, AND ORDER - 3
(2:24-cv-01472-RSM)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

| | |
|---|---|
| 1 | Lauren Rainwater, WSBA #43625 |
| | 920 Fifth Avenue, Suite 3300 |
| | Seattle, WA 98104-1604 |
| 2 | Tel: (206) 622-3150 |
| | Fax: (206) 757-7700 |
| 3 | Email: laurenrainwater@dwt.com |

STIPULATION TO EXTEND TIME TO ANSWER, MOTION TO EXTEND
INITIAL DEADLINES, AND ORDER - 4
(2:24-cv-01472-RSM)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax